BEFORE THE THIRD DIVISION, MARCH 11, 1968

**No. P68/135.**—United China & Glass Co. v. United States, protest 58/25303 (Baltimore).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 12, 1968

**No. P68/136.**—Standard Brands Paint Co., Inc. v. United States, protests 63/7100, etc. (Los Angeles).

RAO, C. J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of wooden doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), and that the items of merchandise marked "B" consist of folding doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiff was sustained.